**Order entered October 27, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00615-CR**

**EX PARTE: JAMES MICHAEL DRAUCKER**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. WR-1-22-0006**

**ORDER**

Before the Court are appellant's pro se Motion for New Counsel, Motion for Rehearing or Reconsideration, and Motion to Stay Extradition dated October 20, 2022 and received by this Court on October 25, 2022. Appellant is represented by counsel, and he is not entitled to hybrid representation. *See Ex parte Bohannan*, 350 S.W.3d 166, 166 n.1 (Tex. Crim. App. 2011). Accordingly, appellant's pro se Motion for New Counsel, Motion for Rehearing or Reconsideration, and Motion to Stay Extradition are **DENIED** without prejudice.

/s/ DAVID J. SCHENCK
JUSTICE